IDA HERMAN, RESPONDENT, v. HOME OWNERS LOAN CORP., APPELLANT.

Submitted October 28, 1938—Decided February 8, 1939.

For the respondents, *Schotland, Harrison & Schotland.*

For the appellant, *James A. Lynch, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.